## JOSEPH FINNEGAN vs. THE MAYOR AND COUNCIL OF THE CITY OF FERNANDINA.

1. The appellant failing to give a bond as required by Section 277 of the Code of Procedure, the appeal is effectual for no purpose, and it will be dismissed upon motion.

Appeal from the Fourth Judicial Circuit, for Nassau county.

This is a motion to dismiss the appeal. The grounds of the motion, so far as they are considered by the court, are stated in its opinion.

*Sanderson & L'Engle* for Respondent.

*John Friend* for Appellants.

RANDALL, C. J., delivered the opinion of the court.

The respondent moves to dismiss the appeal in this case upon the following grounds: 1. Because no record of proceedings has been filed. 2. Because no undertaking was filed as required by law. The paper before the court purporting to be a copy of the record shows that the undertaking given was not executed by any sureties as required by Section 277 of the Code of Procedure, and the appeal was therefore not " effectual for any purpose."

The appeal is dismissed.